**SO ORDERED.**

**SIGNED this 26 day of May, 2026.**

_____

**David M. Warren**
**United States Bankruptcy Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## RALEIGH DIVISION

In re:                                                      )
                                                            )
Noel Kimberly Gray,                                         )     CASE NO: 23-03600-5-DMW
                                                            )          Chapter 13
            Debtor(s).                                      )

### CONSENT ORDER REGARDING RELIEF FROM THE AUTOMATIC STAY

This matter comes before the Court on the Motion for Relief from Stay (the "Motion") (Doc. No. 31) filed by AmeriCredit Financial Services d/b/a GM Financial ("AmeriCredit") pursuant to 11 U.S.C. § 362 et seq, for relief from the automatic stay regarding personal property known and designated as that certain 2024 Chevrolet Trax bearing Vehicle Identification Number KL77LKE20RC021127. The Court, having considered the Motion and the record in this case, finds and concludes as follows:

1.      AmeriCredit filed the Motion on March 6, 2026.

2.      Contemporaneously with the Motion, AmeriCredit filed a Notice of Opportunity for Hearing and served the Notice on all interested parties.

3.      Noel Kimberly Gray (the "Debtor") filed their Response (Doc. No. 35) on March 21, 2026, objecting to the relief sought in the motion but setting forth a proposal for payment.

4.      Debtor's proposal is agreeable to AmeriCredit, and AmeriCredit consents to the relief ordered herein

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED that:

Should the Debtor default on any monthly payment that comes due between May 2026 and November 2026, the automatic stay shall lift and AmeriCredit shall be permitted to exercise its rights to the collateral without further Notice or Order of this Court.

**WE CONSENT:**

*/s/ Mason Veal*
Mason Veal (NC Bar No. 62110)
Burr & Forman LLP
101 South Tryon Street, Suite 2610
Charlotte, NC 28280
Telephone: 704-347-1170
Fax: 704-347-4467
Email: mveal@burr.com
*Attorney for AmeriCredit Financial Services d/b/a GM Financial*

*/s/ Jeremy Harn*
Jeremy Harn
Law Offices of John T. Orcutt, PC
6616-203 Six Forks Road
Raleigh, NC 27615
*Attorney for Debtor*

**NO OBJECTION:**

*/s/ Michael Burnett*
Michael Burnett
P.O. Box 61039
Raleigh, NC 27615

END OF DOCUMENT

2